JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORP., a foreign insurer licensed to do business in the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>MARK WEIL, an individual; WEIL TENNIS ACADEMY, INC., a California corporation; PAUL M. CONLIFFE aka MITCH CONLIFFE, an individual; PAUL M. CONLIFFE as guardian ad litem for JOHN DOE, a minor child; and STEPHANIE CONLIFFE, an individual,<br><br>Defendants. | Case No. CV 11-9562-JFW (SSx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE**<br><br>**Honorable John F. Walter** |

Before the Court is the parties' Joint Stipulation to Dismiss Without Prejudice.

IT IS HEREBY ORDERED that the parties' Joint Stipulation is granted and this matter is dismissed **without prejudice** each party to bear its own fees and costs.

DATED: August 20, 2012

_____
John F. Walter
United Stated District Court Judge

ORDER TO DISMISS WITHOUT PREJUDICE